AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| | |
|---|---|
| United States of America<br>v.<br><br>Christopher Kinney (YOB: 1974)<br><br>*Defendant(s)* | ) ) ) ) ) ) ) Case No. 1:18MJ154PAS |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ in the county of _____ in the _____ District of ___Rhode Island___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2252(a)(2) Distribution of Child Pornography | |
| 18 U.S.C. 2252(a)(4)(B) Possession of Child Pornography | |
| 18 U.S.C. § 2422(b) Attempted Child Enticement | |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*
ADAM J. HOUSTON
*Printed name and title*

Sworn to before me and signed in my presence.

Date: April 27, 2018

_____
*Judge's signature*

City and state: Providence, Rhode Island      Patricia A. Sullivan, U.S. Magistrate Judge
*Printed name and title*