UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE UNITED STATES OF AMERICA : | |
| : | |
| V. : | |
| : | Cr. No. 1:18-mj-00154-PAS |
| CHRISTOPHER KINNEY : | |
| : | |

**UNITED STATES' RESPONSE TO DEFENDANT'S
"MOTION TO MODIFY CONDITIONS OF RELEASE"**

Now comes the United States, by and through its attorneys, Stephen G. Dambruch, United States Attorney, and Ronald R. Gendron, Assistant United States Attorney, and hereby responds to Defendant's "MOTION TO MODIFY CONDITIONS OF RELEASE" as follows:

The United States takes no position on Defendant's Motion, but persists in its position that Defendant's detention is warranted pursuant to 18 U.S.C. §3142 and necessary to protect children in the community. Defendant has failed to offer anything material and substantial to rebut either the presumption of dangerousness that inures to his offenses under 18 U.S.C. § 3142(3)(e),[1] or his actual dangerous as demonstrated by the underlying facts of the case.

In short, any form of release, or expansion of his liberty while released, that allows Defendant to circulate unattended in society is objectionable to the United States in that it creates the risk of physical and/or sexual harm to all children with whom Defendant may come into contact, either by happenstance or by design.

---

[1] Attempted enticement of a minor, in violation of 18 U.S.C. § 2422(b), and distribution of child pornography, in violation of 18 U.S.C. § 2252(a)(2), are both so called "presumption offenses."

1

Respectfully submitted,
UNITED STATES OF AMERICA
By its Attorneys,

STEPHEN G. DAMBRUCH
United States Attorney

/s/ Ronald R. Gendron
RONALD R. GENDRON
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI  02903
*P:* (401) 709-5000
*F:* (401) 709-5001
ronald.gendron@usdoj.gov

### CERTIFICATE OF SERVICE

I, hereby certify that on this 3rd day of May 2018, I caused the within document to be electronically filed with the United States District Court for the District of Rhode Island, using the CM/ECF System.

/s/ Ronald R. Gendron
RONALD R. GENDRON
Assistant U.S. Attorney

2