505, Detainee Work Assignments/Compensation

Appendix E

## DONALD W. WYATT DETENTION FACILITY
## DETAINEE PERFORMANCE EVALUATION FORM

Date: 6-1-2021

Detainee Name: Kinney, Christopher   Number: 11867-070

Assignment Title: Unit Worker   A Dorm

Evaluation Period: 6/2021

| CRITERIA | POOR | FAIR | GOOD | EXCELLENT |
|---|---|---|---|---|
| Attendance | ☐ | ☐ | ☐ | ☒ |
| Initiative | ☐ | ☐ | ☐ | ☒ |
| Productivity | ☐ | ☐ | ☐ | ☒ |
| Attitude | ☐ | ☐ | ☐ | ☒ |
| Overall | ☐ | ☐ | ☐ | ☒ |

Unit Officer Comments and Recommendations: _____

Supervisor Comments and Recommendations: Excellent Job Excellent Attitude

Detainee Signature: Chris Kinney

Unit Officer Signature: _____

Supervisor Signature/Title: _____

505, Detainee Work Assignments/Compensation

Appendix E

## DONALD W. WYATT DETENTION FACILITY
## DETAINEE PERFORMANCE EVALUATION FORM

Date 8-1-2021

Detainee Name Kinney, Christopher  Number 11867-070

Assignment Title Unit Worker - ADOM

Evaluation Period 7-1-2021 -- 8-1-2021

| CRITERIA | POOR | FAIR | GOOD | EXCELLENT |
|---|---|---|---|---|
| Attendance | ☐ | ☐ | ☐ | ✓ |
| Initiative | ☐ | ☐ | ☐ | ✓ |
| Productivity | ☐ | ☐ | ☐ | ✓ |
| Attitude | ☐ | ☐ | ☐ | ✓ |
| Overall | ☐ | ☐ | ☐ | ✓ |

Unit Officer Comments and Recommendations: _____

Supervisor Comments and Recommendations: Excellent Worker Excellent Attitude

Detainee Signature  Chris Kinney

Unit Officer Signature _____

Supervisor Signature/Title _____

505, Detainee Work Assignment/Compensation

Appendix E

# DONALD W. WYATT DETENTION FACILITY
## DETAINEE PERFORMANCE EVALUATION FORM

Date 9-1-2021

Detainee Name Kinney, Christopher   Number 11867-070

Assignment Title Unit worker   A-Dorm

Evaluation Period 8-1-2021 -- 9-1-2021

| CRITERIA | POOR | FAIR | GOOD | EXCELLENT |
|---|---|---|---|---|
| Attendance | ☐ | ☐ | ☐ | ✓ |
| Initiative | ☐ | ☐ | ☐ | ✓ |
| Productivity | ☐ | ☐ | ☐ | ✓ |
| Attitude | ☐ | ☐ | ☐ | ✓ |
| Overall | ☐ | ☐ | ☐ | ✓ |

Unit Officer Comments and Recommendations: _____

Supervisor Comments and Recommendations: Excellent Job! Excellent Attitude

Detainee Signature Chris Kinney

Unit Officer Signature _____

Supervisor Signature/Title _____

505, Detainee Work Assignment/Compensation

Appendix E

# DONALD W. WYATT DETENTION FACILITY
## DETAINEE PERFORMANCE EVALUATION FORM

Date: 10-1-2021

Detainee Name: Kinney, Christopher  Number: 11867-070

Assignment Title: Unit Worker A DORM

Evaluation Period: 9-1-2021 -- 10-1-2021

| CRITERIA | POOR | FAIR | GOOD | EXCELLENT |
|---|---|---|---|---|
| Attendance | ☐ | ☐ | ☐ | ☒ |
| Initiative | ☐ | ☐ | ☐ | ☒ |
| Productivity | ☐ | ☐ | ☐ | ☒ |
| Attitude | ☐ | ☐ | ☐ | ☒ |
| Overall | ☐ | ☐ | ☐ | ☒ |

Unit Officer Comments and Recommendations: _____

Supervisor Comments and Recommendations: Detainee has done Excellent job.

Detainee Signature: Chris Kinney

Unit Officer Signature: _____

Supervisor Signature/Title: _____

505, Detainee Work Assignments/Compensation

Appendix E

## DONALD W. WYATT DETENTION FACILITY
## DETAINEE PERFORMANCE EVALUATION FORM

Date 11-1-2021

Detainee Name Kinney, Christopher  Number 11867-070

Assignment Title Unit Worker  A-Dorm

Evaluation Period 10-1-2021 -- 11-1-2021

| CRITERIA | POOR | FAIR | GOOD | EXCELLENT |
|---|---|---|---|---|
| Attendance | ☐ | ☐ | ☐ | ☒ |
| Initiative | ☐ | ☐ | ☐ | ☒ |
| Productivity | ☐ | ☐ | ☐ | ☒ |
| Attitude | ☐ | ☐ | ☐ | ☒ |
| Overall | ☐ | ☐ | ☐ | ☒ |

Unit Officer Comments and Recommendations: _____

Supervisor Comments and Recommendations: Mr. Kinney has done an excellent job in the unit - Always willing to help - Great Attitude as well

Detainee Signature x Chris Kinney

Unit Officer Signature _____

Supervisor Signature/Title _____ unit manager

505, Detainee Work Assignments/Compensation

Appendix E

# DONALD W. WYATT DETENTION FACILITY
## DETAINEE PERFORMANCE EVALUATION FORM

Date: 12-1-2021

Detainee Name: Kinney, Christopher   Number: 11847-070

Assignment Title: A.Dorm Unit Worker

Evaluation Period: 11-1-2021 -- 12-1-2021

| CRITERIA | POOR | FAIR | GOOD | EXCELLENT |
|---|---|---|---|---|
| Attendance | ☐ | ☐ | ☐ | ☒ |
| Initiative | ☐ | ☐ | ☐ | ☒ |
| Productivity | ☐ | ☐ | ☐ | ☒ |
| Attitude | ☐ | ☐ | ☐ | ☒ |
| Overall | ☐ | ☐ | ☐ | ☒ |

Unit Officer Comments and Recommendations: _____

Supervisor Comments and Recommendations: Excellent Worker! Great Attitude - Always eager to help.

Detainee Signature: x Chris Kinney

Unit Officer Signature: _____

Supervisor Signature/Title: [signature] nm Gillespie

G:\Compliance\POLICIES\500--Programs\505.doc  December 2020

Page 42 of 50