505, Detainee Work Assignments/Compensation

Appendix E

## DONALD W. WYATT DETENTION FACILITY
## DETAINEE PERFORMANCE EVALUATION FORM

Date 1-1-2022

Detainee Name Kinney, Christopher   Number 11867-070

Assignment Title Unit worker

Evaluation Period 12-1-2021 -- 1-1-2022

| CRITERIA | POOR | FAIR | GOOD | EXCELLENT |
|---|---|---|---|---|
| Attendance | ☐ | ☐ | ☐ | ☒ |
| Initiative | ☐ | ☐ | ☐ | ☒ |
| Productivity | ☐ | ☐ | ☐ | ☒ |
| Attitude | ☐ | ☐ | ☐ | ☒ |
| Overall | ☐ | ☐ | ☐ | ☒ |

Unit Officer Comments and Recommendations: _____

Supervisor Comments and Recommendations: Excellent job attendance - initiative - & productivity.

Detainee Signature  Chris Kinney

Unit Officer Signature _____

Supervisor Signature/Title _____ manager

G:\Compliance\POLICIES\500--Programs\505.doc  December 2020                    Page 42 of 50

505, Detainee Work Assignments/Compensation

Appendix E

## DONALD W. WYATT DETENTION FACILITY
## DETAINEE PERFORMANCE EVALUATION FORM

Date 1-31-2022

Detainee Name Kinney, Christopher    Number 11867-070

Assignment Title Unit Worker - A-Dorm

Evaluation Period 1-1-2022 -- 1-31-2022

| CRITERIA | POOR | FAIR | GOOD | EXCELLENT |
|---|---|---|---|---|
| Attendance | ☐ | ☐ | ☐ | ☒ |
| Initiative | ☐ | ☐ | ☐ | ☒ |
| Productivity | ☐ | ☐ | ☐ | ☒ |
| Attitude | ☐ | ☐ | ☐ | ☒ |
| Overall | ☐ | ☐ | ☐ | ☒ |

Unit Officer Comments and Recommendations: _____

Supervisor Comments and Recommendations: Excellent job this month. Excellent Attitude

Detainee Signature Chris Kinney

Unit Officer Signature _____

Supervisor Signature/Title _____

2 copies Appendix E

# DONALD W. WYATT DETENTION FACILITY
## DETAINEE PERFORMANCE EVALUATION FORM

Date 2/28/22

Detainee Name Kinney, Christopher Number 11867-070

Assignment Title Pod Runner - A-dorm

Evaluation Period February 2022

| CRITERIA | POOR | FAIR | GOOD | EXCELLENT |
|---|---|---|---|---|
| Attendance | ☐ | ☐ | ☑ | ☐ |
| Initiative | ☐ | ☐ | ☑ | ☐ |
| Productivity | ☐ | ☐ | ☑ | ☐ |
| Attitude | ☐ | ☐ | ☑ | ☐ |
| Overall | ☐ | ☐ | ☑ | ☐ |

Unit Officer Comments and Recommendations: _____

Supervisor Comments and Recommendations: _____

Detainee Signature: Chris Kinney

Unit Officer Signature _____

Supervisor Signature/Title Unit Manager [signature]