**Palm** Pan American Literature Mission — **Grade Report** — Telephone: (520) 326-1787

| Name | CHRIS KINNEY # 11867-070 | Student ID | BH 735 |
|---|---|---|---|
| Mailing Address | Wyatt Detention Ctr. 950 High St, Central Falls, R.I. | Date | 1/14/22 |

20%=Poor (F)  40%=Fair(D)  60%=Satisfactory (C)  80%=Good (B)  100%=Excellent (A)

## WAY OF LIFE

| Luke | | Mark | | | | | | John | | | | | | Acts | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lesson 1 | 80 | 1 | 100 | 5 | 100 | 9 | 100 | 1 | 80 | 5 | 80 | 9 | 80 | 1 | 100 | 5 | 80 | 9 | 100 |
| Lesson 2 | 100 | 2 | 100 | 6 | 100 | 10 | 100 | 2 | 100 | 6 | 100 | 10 | 90 | 2 | 100 | 6 | 100 | 10 | 100 |
| Lesson 3 | 100 | 3 | 100 | 7 | 90 | 11 | 100 | 3 | 100 | 7 | 80 | 11 | 100 | 3 | 100 | 7 | 100 | 11 | 100 |
| Lesson 4 | 80 | 4 | 80 | 8 | 90 | 12 | 100 | 4 | 80 | 8 | 100 | 12 | 100 | 4 | 100 | 8 | 100 | 12 | 80 |

| Certificate: 04/05/2019 | Certificate: 04/25/2019 | Certificate: 05/14/2019 | Certificate / Diploma: 05/30/2019 |
|---|---|---|---|

## LIGHT OF LIFE   I, II, III John

| | John | | Series III | 76 | 90 | Lesson 13 | 90 | | |
|---|---|---|---|---|---|---|---|---|---|
| Series I | 80 | 80 | | 60 | 70 | Lesson 14 | 90 | | |