Dear Judge Smith,

It has been a few years since I wrote to the court. A lot of things have changed since that time and I have changed since that time.

Life in prison has made me think about my past and my future. I come to understand how looking at those pictures still hurts the victims for the rest of their lives. I was only thinking about myself and not how my actions effected other people.

Life in prison has been very hard, especially with covid. People were getting very sick. It was hard to stay away from each other. I was afraid I would catch it and I was very worried about my mother catching it because she is very elderly. I heard about elderly people in nursing homes passing away from it from nursing staff bringing it into the nursing homes. New inmates and some of the guards brought covid into the prison. It was hard to protect myself. There was no visitation. My stepfather died when I was in prison. I didn't get to say goodbye. My mother is 74 years old. I hope she is alive when I get out of prison.

There was a man in here who tried to kill himself 3 times, first he overdosed then he tried to hang himself in the shower. Then he jumped off the second tier.

The state court charges are all lies. I wasn't even living in Rhode Island during part of the times in the indictment. Years ago they denied this when it was investigated. Now I saw from the discovery that the kids heard the mother talking about the case then the mother questioned the kids. Then they say I abused them.  There is nothing I can do to fight the charges while I am here.

I tried to work as much as possible. I started taking Bible classes and attending service. I have done that for the last 4 years I have been here. I have done mental health counseling. I have learned from my mistake. I have learned how to deal with urges if I had them. I don't have them anymore.

I know that I have to be punished and I know that I will at least serve 10 years in prison. Fort Devens has a sex offender program is not far from my mother's house in New York. I want to get into this program. Please ask the people at the prison to place me there.

Thank you very much,

Chris Kinney

Dear judge smith

It Been few years since I wrote to the Court, A lot of things have Changed since that time I have changed since that time.

Life in prison has made Me think about my past and my future I come to understand how looking at those picture still hurts the victims for the rest of their lives I was only thinking about myself and not how my actions effected other people

Life in prison has been very hard especailly with covid. People were getting very sick It was hard to stay away from each other I was afraid I would catch it I was very worried about my mother catching it because she is very elderly I heard about elderly people in nurseing homes passing away from it from nurseing staff bringing it into the nursing homes new inmates and some of the guards broug covid into the prison It was hard to protect my self there was no visition

My step father died when I was in prison I didn't get to say goodbye My mother is 74 years old I hope she is alive when I get out of prison There was a man in here who tried to kill himself 3 times first he overdosed then he tried to hang himself in the shower Then he jumped off the

Second tier

The state court charges are all lies I wasn't even living in Rhode Island during part of the times in the indictment year ago they denied this when it was investigated Now I saw from the discovery that the kids heard the mother talking about the case then the Mother questioned the kids Then they say I abused them There is nothing I can do to fight the charges while I an here I tried to work as much as possible I started taking bible classes and attending service I have done that for the last 4 year I have been here I have done mental health counseling I have learned from my mistake I have learned how to cope with how to deal with urges If I had them I don't have them anymore I know that I have to be punished and I know that I will at lease service 10 years in prison Fort devens has a sex offender program is not that far from my mother house in new york I want to get into this program please asked the people at the prison to place me there

Thank you very much
Chris Kinney